# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 13-5258**  **September Term, 2013**

1:06-cv-00670-CKK

Filed On: October 22, 2013

In re: Larry Elliott Klayman,

      Petitioner

**BEFORE:** Edwards, Silberman, and Ginsburg, Senior Circuit Judges

### O R D E R

Upon consideration of the petition for a writ of mandamus, which contains a request for intercircuit transfer, it is

**ORDERED** that the petition be denied. Transfer of this matter to another circuit is not warranted because petitioner has provided no reasonable basis for questioning the impartiality of the panel. See 28 U.S.C. § 455(a); Code of Conduct for United States Judges Canon 3(C); Guide to Judiciary Policy, Vol. 2B, Ch. 2, Published Advisory Opinion No. 103 (2009). As to the merits of the petition, petitioner has not shown a clear and indisputable right to the relief requested. See generally In re: Brooks, 383 F.3d 1036, 1041 (D.C. Cir. 2004); Cobell v. Norton, 334 F.3d 1128, 1139 (D.C. Cir. 2003).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

### Per Curiam

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

          BY:   /s/
                 Timothy A. Ralls
                 Deputy Clerk